IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00539 |
| RAZA, INC. and ) | |
| LUELLA RETAIL, L.L.C., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, **ERIK GARCIA** ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, **RAZA, INC. and LUELLA RETAIL, L.L.C**.

Plaintiff and Defendants, **RAZA, INC. and LUELLA RETAIL, L.L.C.**, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 28th day of May, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 28th day of May, 2020.

/s/Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479