IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 4:20-CV-00539 |
| RAZA, INC. and | ) |
| LUELLA RETAIL, L.L.C., | ) |
| | ) |
| Defendants. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA ("Plaintiff") and Defendants, RAZA, INC. and LUELLA RETAIL, L.L.C. ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, RAZA, INC. and LUELLA RETAIL, L.L.C., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 8th day of June, 2020.

                                                  Law Offices of
                                                THE SCHAPIRO LAW GROUP, P.L.

                                                /s/ Douglas S. Schapiro
                                                Douglas S. Schapiro, Esq.
                                                Southern District of Texas ID No. 3182479
                                                The Schapiro Law Group, P.L.
                                                7301-A W. Palmetto Park Rd., #100A
                                                Boca Raton, FL 33433
                                                Tel: (561) 807-7388
                                                Email: schapiro@schapirolawgroup.com

                                                Attorney for Plaintiff

*/s/ Robert A. Kouts*
Robert A. Kouts
State Bar No. 11694560
10223 Broadway Street, Suite P245
Pearland, TX 77584
Tel: (832) 455-4268
Email: rkouts@sk-llp.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479